validity of the said ordinance. We spare ourselves the unnecessary labor of repeating here what is there said, but will content ourselves with this reference to that decision, and add that for the reasons there stated we hold the said ordinance to be invalid.

The judgment appealed from is set aside, and this prosecution is dismissed.

O'NIELL, J., concurs only in the decree.

━━━━━

(69 South. 46)

No. 21340.

CITY OF NEW ORLEANS v. LACAZE.

(June 11, 1915.)

Appeal from Second Recorder's Court of New Orleans; Ben P. Tiller, Recorder.

Henry Lacaze was convicted of violating an ordinance of the Board of Health of the City of New Orleans, and appeals. Reversed, and prosecution dismissed.

Benjamin W. Dart and Dart, Kernan & Dart, all of New Orleans, for appellant. W. L. Hughes, of New Orleans, for appellee.

PROVOSTY, J. For the reasons given in the case of City of New Orleans v. Miss M. Sanford et al., 69 South. 35,[1] No. 21357 of the docket of this court, this day decided, the judgment of the recorder's court is set aside, and this prosecution is dismissed.

O'NIELL, J., concurs in this decree.

━━━━━

(69 South. 46)

No. 21379.

CITY OF NEW ORLEANS v. JUMONVILLE.

(June 11, 1915.)

Appeal from First Recorder's Court of New Orleans; J. J. Fogarty, Recorder.

Miss A. Jumonville was convicted of violating an ordinance of the Board of Health of the City of New Orleans, and appeals. Reversed, and prosecution dismissed.

Benjamin W. Dart and Dart, Kernan & Dart, all of New Orleans, for appellant. W. L. Hughes, of New Orleans, for appellee.

PROVOSTY, J. For the reasons given in the case of City of New Orleans v. Miss M. Sanford et al., 69 South. 35,[1] No. 21357 of the docket of this court, this day decided, the judgment of the recorder's court is set aside, and this prosecution is dismissed.

O'NIELL, J., concurs in this decree.

━━━━━

(69 South. 46)

No. 21341.

CITY OF NEW ORLEANS v. FOS.

(June 11, 1915.)

Appeal from Second Recorder's Court of New Orleans; Ben P. Tiller, Recorder.

Joe Fos was convicted of violating an ordinance of the Board of Health of the City of New Orleans, and appeals. Reversed, and prosecution dismissed.

Benjamin W. Dart and Dart, Kernan & Dart, all of New Orleans, for appellant. W. L. Hughes, of New Orleans, for appellee.

PROVOSTY, J. For the reasons given in the case of City of New Orleans v. Miss M. Sanford et al., 69 South. 35,[1] No. 21357 of the docket of this court, this day decided, the judgment of the recorder's court is set aside, and this prosecution is dismissed.

O'NIELL, J., concurs in this decree.

━━━━━

(69 South. 46)

No. 21343.

CITY OF NEW ORLEANS v. MONTE.

(June 11, 1915.)

Appeal from Second Recorder's Court of New Orleans; Ben P. Tiller, Recorder.

Sam Monte was convicted of violating an ordinance of the Board of Health of the City of New Orleans, and appeals. Reversed, and prosecution dismissed.

Benjamin W. Dart and Dart, Kernan & Dart, all of New Orleans, for appellant. W. L. Hughes, of New Orleans, for appellee.

PROVOSTY, J. For the reasons given in the case of City of New Orleans v. Miss M. Sanford et al., 69 South. 35,[1] No. 21357 of the docket of this court, this day decided, the judgment of the recorder's court is set aside, and this prosecution is dismissed.

O'NIELL, J., concurs in this decree.

───────

[1] Ante, p. 628.